1  Mark L. Smith (Bar No. 213829)
2  mls@clydesnow.com
   CLYDE SNOW & SESSIONS
3  10990 Wilshire Boulevard, Fourth Floor
   Los Angeles, California 90024
4  Telephone: (424) 672-4815
   Facsimile: (424) 672-4816
5
   Attorneys for Plaintiff
6  InfoStream Group, Inc.

FILED
CLERK, U.S. DISTRICT COURT

NOV 14 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

7

8

9              UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12  INFOSTREAM GROUP, INC., a Nevada    )   CASE NO.:
    corporation,                        )
13                                      )   CV 13-8434 CAS (PJWx)
14              Plaintiff,              )
                                        )   COMPLAINT FOR:
15      vs.                             )
                                        )   1. FEDERAL TRADEMARK
16                                      )      INFRINGEMENT;
                                        )   2. FEDERAL FALSE
17  AURELIAN TECH INNOVATIONS,          )      DESIGNATIONS AND
    LLC, a Delaware corporation, JULIA  )      DESCRIPTIONS;
18  BIRO, an individual, JAMES HOMUTH,  )   3. CALIFORNIA COMMON
    an individual, JARROD JICHA, an     )      LAW TRADEMARK
19  individual, Corporations 1-10, Limited )   INFRINGEMENT;
    Liability Companies A-Z, and DOES 1-10 )   4. TRADE DRESS
20  d/b/a CleverDate.com , inclusive,   )      INFRINGEMENT;
                                        )   5. FEDERAL DILUTION OF
21              Defendants.             )      FAMOUS MARKS;
                                        )   6. CALIFORNIA UNFAIR
22                                      )      COMPETITION;
                                        )   7. BREACH OF CONTRACT
23                                      )
                                        )   DEMAND FOR JURY TRIAL
24                                      )
25                                      )

26

27

28

                            1
                        Complaint

1   Plaintiff InfoStream Group, Inc., d/b/a WhatsYourPrice.com ("Plaintiff" or

2   "InfoStream") hereby complains against Defendants Aurelian Tech Innovations,

3   LLC, Julia Biro, James Homuth, Jarrod Jicha, Corporations 1-10, Limited Liability

4   Companies A-Z, and Does 1-20 d/b/a CleverDate.com (collectively, "Defendants"),

5   alleging as follows:

6   **PARTIES, JURISDICTION AND VENUE**

7   1.   Plaintiff InfoStream Group, Inc. d/b/a WhatsYourPrice.com is, and at

8   all material times hereto was, a corporation organized and existing under the laws

9   of the State of Nevada, with its principal place of business in Las Vegas, Nevada.

10   2.   Upon information and belief, Defendant Aurelian Tech Innovations,

11   LLC is, and at all material times hereto was, a limited liability company organized

12   and existing under the laws of the State of Delaware, with its principal place of

13   business in New York, New York.

14   3.   Upon information and belief, Defendant Julia Biro is an individual

15   who resides in New York, New York.

16   4.   Upon information and belief, Defendant James Homuth is an

17   individual who resides in Circleville, Ohio.

18   5.   Upon information and belief, Defendant Jarrod Jicha is an individual

19   who resides in Ottawa, Ontario, Canada.

20   6.   Upon information and belief, the true names and capacities, whether

21   individual, corporate, associate or otherwise, of Defendants herein designated by

22   fictitious names Corporations 1-10; Limited Liability Companies A-Z; and Does 1-

23   20, inclusive, are unknown to Plaintiff at this time, which therefore sues defendants

24   by such fictitious names until such time they can be ascertained. Plaintiff alleges on

25   information and belief that such defendants are in some manner, responsible for the

26   damages hereinafter alleged.

27   7.   This Court has jurisdiction over the subject matter of this action

28   pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship

between the parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and pursuant to 28 U.S.C. §§ 1331 and 1338(a) because Plaintiff's claims arise under the Lanham Trademark Act, 15 U.S.C. § 1051, *et seq.*, and present a federal question involving unfair competition and trademarks.

8.    Venue is proper in this district under 28 U.S.C. §1391(b)(2) and (3) because a substantial part of the events and omissions giving rise to the claims asserted herein occurred within this judicial district, and substantial injury occurred in this district, and Defendants are otherwise subject to the Court's personal jurisdiction in this district.

9.    Personal jurisdiction exists over Defendants because Defendants conduct business in California and in this judicial district, or otherwise avail themselves of the privileges and protections of the laws of the State of California, such that they do not offend traditional notions of fair play and due process to Defendants in the jurisdiction herein.

## GENERAL ALLEGATIONS

**Plaintiff Creates a Profitable Business Using its Trademarks and Trade Dress**

10.    Since as early as 2006, Plaintiff InfoStream owns and operates a number of dating websites, including SeekingArrangement.com, SeekingMillionaire.com, and WhatsYourPrice.com, that promote and facilitate niche dating, specifically "sugar daddy dating." Sugar daddy dating involves matching generous benefactors willing to pamper and offer financial assistance or gifts to younger attractive partners in return for their friendship or companionship.

11.    Specifically, WhatsYourPrice.com was established in 2011 and allows members to buy and sell the opportunity of going out on a first date.

12.    WhatsYourPrice.com features a unique business model that differentiates its users as either "generous members" (those who bid for first dates) and "attractive members" (those who are paid for first dates). WhatsYourPrice.com

3

Complaint

advertises a "First Date Guarantee," whereby "[o]ur innovative dating system works so well we guarantee your first date" and does not charge subscription fees to its "generous members," who are able to "Join Free." Instead, "generous members" purchase "credits" which are then used to "unlock" communications with "attractive members." "Attractive members" may use the website for free or may purchase a membership subscription to access premium features and be prominently featured to "generous members."

13.     Because of its unique business model, whereby WhatsYourPrice.com charges "generous members," while allowing "attractive members" to use the website for free, the website has been successful in attracting a higher number of "attractive members" to sign up, resulting in a higher female "attractive member" to male "generous member" ratio. A higher female to male ratio is critical to the website's ability to attracting more "generous members," and to creating a better user experience.

14.     In the brief time WhatsYourPrice.com has operated, it has attracted the attention of numerous media outlets including *Time, Forbes, The Atlantic, ABC News, MSNBC, the San Francisco Chronicle,* and *Fox News Channel.* The website became an instant success growing to tens of thousands of paying users.

15.     Plaintiff has invested hundreds of thousands of dollars to promote the look and feel of WhatsYourPrice.com and its associated trademarks. As a result, the website, and its use of the marks "Whats Your Price," "Everyone Has a Price," "Bid For First Dates," "Get Paid For Dating," "Get Paid To Date" and "Date Beautiful People" have become synonymous with Plaintiff's business and the high quality product that WhatsYourPrice.com provides.

16.     Because of this publicity and Plaintiff's substantial expenditures on advertising, WhatsYourPrice.com has become a well-known and recognizable worldwide brand and is associated in the minds of consumers with online dating.

17.     Plaintiff's other online dating websites established in 2006,

4

Complaint

SeekingMillionaire.com and SeekingArrangement.com, similarly act as an elite matchmaking service between financially successful and beautiful partners. Accordingly, WhatsYourPrice.com uses its marketing in a way that benefits from and builds off the brand established by those famous and high quality websites to add additional users and increase its market recognition and trademark association.

**Plaintiff Has Obtained Legal Protection for Trademarks Associated with WhatsYourPrice.com and Has Patent Registrations Pending**

18.     Plaintiff operates the website WhatsYourPrice.com in connection with the promotion, advertising, and sale of its services, and operated the website before the acts of Defendants complained of herein.

19.     In order to protect the investment in its brand and online dating business, Plaintiff has sought and received federal registration for the trademarks "Whats Your Price," "Everyone Has A Price," "Get Paid For Dating," and "Bid For First Dates."

20.     Since at least April 1, 2011, Plaintiff has continually used the "Bid For First Dates" mark in commerce to promote its online dating goods and services, well before the acts of Defendants complained of herein.

21.     On October 23, 2012, Plaintiff applied for federal registration of the "Bid For First Dates" trademark.  United States Trademark Registration No. 4353691 was issued on June 18, 2013.

22.     Since at least November 7, 2011, Plaintiff has continually used the "Get Paid For Dating" mark in commerce to promote its online dating goods and services, well before the acts of Defendants complained of herein.

23.     On March 30, 2011, Plaintiff applied for the registration of the "Get Paid For Dating" trademark. United States Trademark Registration No. 4173125 was issued on July 10, 2012.

24.     Since at least April 1, 2011, InfoStream has continually used the "Get Paid To Date" mark in commerce to promote its online dating good and services,

5

Complaint

well before the acts of Defendants complained of herein. On March 30, 2011, InfoStream applied for federal registration of "Get Paid To Date," Serial No. 85281332.

25.    Since at least December 4, 2011, InfoStream has continually used the "Date Beautiful People" mark in commerce to promote its online dating goods and services, well before the acts of Defendants complained herein.  On March 30, 2011, InfoStream applied for federal registration of "Date Beautiful People," Serial No. 85281311.

26.    Moreover, Plaintiff spent hundreds of thousands of dollars and expended years of effort beginning in 2006, in advertising, promoting and developing its trademarks relating to its online sugar daddy dating websites throughout the United States and internationally, which efforts and trademarks became associated with WhatsYourPrice.com once the website was launched, immediately raising its profile and recognition among the general consuming public. As a result of such advertising and expenditures, Plaintiff has created famous marks that are recognized throughout the general consuming public and have established considerable goodwill in its trademarks, which are valuable assets of Plaintiff and are of substantial worth to Plaintiff.

27.    To further protect the unique, novel and proprietary business model of WhatsYourPrice.com, InfoStream applied for U.S. patent protection, App. No. US 13/282,345 A1, which was published as Publication Number US 20130110731A1 on May 2, 2013.

**Defendants' Trademark Infringement and Unfair Competition**

28.    After WhatsYourPrice.com launched and immediately became profitable and commercially successful, Defendants began to advertise and to promote an online dating website, CleverDate.com, to directly compete against WhatsYourPrice.com.  CleverDate.com copies the defining and unique aspect of WhatsYourPrice.com, i.e., that users bid for first dates, and business rules that are

1  the subject of Plaintiff's pending patent application.

2      29.      Defendants are infringing Plaintiff's trademarks "Bid For First Dates,"

3  "Get Paid For Dating," "Get Paid To Date" and "Date Beautiful People" by using

4  those trademarks, or confusingly similar marks, on CleverDate.com.

5      30.      For example, attached hereto as Exhibit A is a screenshot of the

6  homepage for CleverDate.com dated January 15, 2013, which (1) uses Plaintiff's

7  identical mark "Bid For First Dates" prominently in the upper right hand corner; (2)

8  uses the mark "Bid To Date Beautiful People" prominently on the left hand side,

9  which is confusingly similar to Plaintiff's marks "Bid For First Dates" and "Date

10  Beautiful People"; and (3) uses the mark "Get Paid to Go On a Date," which is

11  confusingly similar to Plaintiff's marks "Get Paid For Dating" and "Get Paid To

12  Date."

13      31.      Attached hereto as Exhibit B is a screenshot of the homepage for

14  CleverDate.com, dated October 10, 2013, which (1) uses the mark "Bid to date

15  beautiful, sexy people and fall in love!" and "Bid for Dates Or Accept Bids"

16  prominently in the center of the homepage, which is confusingly similar to

17  Plaintiff's marks "Bid For First Dates" and "Date Beautiful People"; (2) uses

18  Plaintiff's identical mark "Get Paid to Date" prominently on the homepage in bold

19  font; and (3) uses "You GET PAID to go on your First Date!" and "We are unique

20  to other dating services as we allow our members the added choice to get paid for a

21  first date by an awesome person" on its homepage, which are confusingly similar to

22  Plaintiff's marks "Get Paid For Dating" and "Get Paid To Date."

23      32.      Attached hereto as Exhibit C is a screenshot of the search results when

24  users enter Plaintiff's trademark "Bid for First Dates" in the Google search engine.

25  CleverDate.com is displayed as a search result alongside WhatsYourPrice.com.

26  The search displays a link to www.CleverDate.com/, which link appears directly

27  under Plaintiff's trademark, "Bid For First Dates," which is bolded and underlined.

28      33.      Attached hereto as Exhibit D are screenshots of the search results

7

Complaint

1  when users enter "CleverDate" in the Google search engine.  A link to

2  CleverDate.com is displayed directly under Plaintiff's trademark, "Bid For First

3  Dates," which is bolded and underlined.

4      34.   Attached hereto as Exhibit E is a screenshot of the search results when

5  users enter Plaintiff's trademark "Get Paid To Date" in the Google search engine.

6  CleverDate.com is displayed as a search result alongside WhatsYourPrice.com.

7  The search displays a link to cleverdate.com/why_get_paid appearing directly under

8  Plaintiff's trademark, "Bid For First Dates," which is bolded and underlined.

9      35.   Defendants' use of Plaintiff's trademarks is a clear violation of federal

10  and state trademark law.

11      **Defendants' Trade Dress Infringement and Unfair Competition**

12      36.   In addition to infringing Plaintiff's trademarks, Defendants have

13  infringed Plaintiff's trade dress-the manner in which its goods and services are

14  presented, to prospective consumers-by copying the visual elements and look and

15  feel of the website WhatsYourPrice.com on CleverDate.com.

16      37.   Plaintiff owns protected trade dress associated with the website

17  WhatsYourPrice.com.  The website contains an arrangement of identifying visual

18  elements intended to make the source of Plaintiff's services distinguishable from

19  other services and to promote its services for sale.

20      38.   The foregoing look and feel of WhatsYourPrice.com's external web

21  pages, includes, *inter alia*, the font, placement of links, the use of a heart-shape in

22  the name of the website, "What's Your Price?" located in the top left-hand corner

23  of the webpage, a slide-slow of changing images of attractive men and women, a

24  row of links along the top left-hand corner of the website displaying information

25  including "About Us," "How it Works," "Login," and "Join Now," display of

26  Plaintiff's aforementioned trademarks, text below the changing images explaining

27  the difference between the types of users, i.e. "attractive women" and "generous

28  men," text guaranteeing a first date, and a text-box layout to sign up for free.

39.     CleverDate.com has copied the look and feel of WhatsYourPrice.com external web pages including, *inter alia*, use of a similar font, use of a heart-shape in the name of the website, "CleverDate.com," located in the top left-hand corner of the webpage, a slide-show of changing images of attractive men and women, a row of links along the top left-hand corner of the website displaying virtually identically labeled links such as "How it Works," "About Us," "Login," and "Sign Up Now," use of Plaintiff's aforementioned trademarks, text located below the changing images distinguishing "Awesome Members" from "Attractive Members," and text displaying "We Guarantee Dates," and a text-box layout to sign up for free on the homepage.

40.     The look and feel of WhatsYourPrice.com member web pages, includes, *inter alia*, the font, placement of links, the display of the number of "credits" a user has on the top right hand corner of the webpage, the appearance of a "Make Offer" button on the user profile page, the display of a choice of "Virtual Gifts" at the bottom of the offer page to allow the user to attach a virtual gift that may be chosen from an icon representing a "flower," "travel," "movie tickets," "shopping," "spa," "wine," "dining," "sports," "lingerie" and "dice," the use of phrases on the offer page including "Minimum offer for a date is $5," "All offers must be in whole numbers. No one likes coins," and "All offers above $200 will require you have enough credits to proceed," the use of a folder named "Offers" to contain all offers received and sent, and the use of sub-folders within the "Offers" folder that include "Received Offers," "Accepted Offers," "Pending Offers," and "Rejected Offers."

41.     CleverDate.com has also copied the look and feel of WhatsYourPrice.com member web pages including, *inter alia*, use of a similar font, a similar display of the number of "stamps" a user has on the top right hand corner of the webpage, the similar appearance of a "Make Offer" button on the user profile page, the similar display of a choice of "Virtual Gifts" at the bottom of the offer

9

Complaint

1   page to allow the user to attach a virtual gift that may be chosen from an icon

2   representing similar items such as "flower," "travel," "movie tickets," "shopping,"

3   "wine," "dining," and "lingerie," the use of an exact or very similar copy of the

4   statements on WhatsYourPrice.com's offer page including "Minimum offer for a

5   date is $5," "All offers must be in whole numbers. No one likes pennies," and

6   "Offers above $200 requires you to have enough stamps," the use of a folder

7   similarly named "Offers" to contain all offers received and sent, and the use of

8   similar sub-folders within the "Offers" folder that include "Received Offers,"

9   "Accepted Offers," "Pending Offers," and "Rejected Offers."

10       42.    WhatsYourPrice.com's trade dress, or total image and overall

11   appearance, as represented by its visual and interface design, is inherently

12   distinctive and has, over time, also acquired secondary meaning. The public

13   associates the unique screen images and layout that comprises the trade dress of

14   WhatsYourPrice.com with Plaintiff's goods and services. This is a result of

15   WhatsYourPrice.com's inherent distinctiveness and distinctiveness acquired

16   through extensive advertising, sales, unsolicited media attention, and use in

17   commerce throughout the United States.

18       43.    The overall look and feel of WhatsYourPrice.com is non-functional.

19   WhatsYourPrice.com's trade dress, encompassing the website's text, font, fields,

20   colors, graphics and layout as a whole, are not essential to the purpose of the

21   services of WhatsYourPrice.com, do not affect the cost or quality of its services,

22   nor constitute the actual benefit the user wishes to purchase.

### Likelihood of Confusion and Harm to Plaintiff's Business

24       44.    Upon information and belief, CleverDate.com, which uses Plaintiff's

25   trademarks and trade dress or similarly confusing elements, is of substantially

26   inferior quality to Plaintiff's famous WhatsYourPrice.com website and associated

27   services such that Plaintiff's marks and trade dress will suffer, and have suffered,

28   negative associations through Defendants' unauthorized use.

45.     Defendants' use of Plaintiff's trademarks and trade dress or confusingly similar trademarks and trade dress for a similar or identical class of services, and distributed through the same channels of trade, is likely to confuse consumers, and has actually caused confusion. The use by Defendants of Plaintiff's "Bid For First Dates," "Get Paid For Dating," "Get Paid To Date" and "Date Beautiful People" marks and Plaintiff's trade dress, or confusingly similar marks and trade dress, is likely to lead consumers to conclude that CleverDate.com was exclusively or jointly developed, licensed, or certified by, or is otherwise associated or affiliated with, WhatsYourPrice.com.

46.     Consumers, especially those who learn about CleverDate.com by word of mouth or by advertisements deliberately placed in venues where Plaintiff has used its marks to advertise its goods and services, are likely to be misled as to the source, sponsorship, or affiliation of CleverDate.com and associated goods and services.

47.     Accordingly, in this action Plaintiff seeks to permanently enjoin Defendants from using its marks and its trade dress, or any confusingly similar marks, trade dress or domain names, for the marketing and sale of their dating services so that Plaintiff's marks and trade dress can continue to serve as unique identifiers of a predictable nature and quality of goods or services coming from a single source.

48.     Defendants' unauthorized use of Plaintiff's trademarks in connection with Defendants' comparatively inferior online dating services has diluted and continues to dilute Plaintiff's marks by diminishing consumer capacity to associate the marks with the quality goods and services signified by Plaintiff's marks.

**Defendants' Breach of WhatsYourPrice.com's Terms of Use**

49.     Anyone who accesses or uses WhatsYourPrice.com's website at www.WhatsYourPrice.com must signify that they have read and agree to be bound by its Terms of Use, "whether or not [they] register as a member." (*See*

11

"WhatsYourPrice.com Terms of Use Agreement, attached hereto as Ex. F.)  The Terms of Use "sets out the legally binding terms of [] use of the Website[.]"  (*Id.*)

50.    Only those individuals who agree to the Terms of Use are authorized to access, browse or login to WhatsYourPrice.com, thereby becoming a user.  (*See* Exhibit G.)  In addition, if a person fails to agree to the Terms of Use, that individual will be unable to register as a member and thereby gain access to the trade dress described on Plaintiff's member pages and infringed by Defendants as alleged in paragraphs 40 and 41, *supra*.  (*See* Exhibit H.)

51.    Accordingly, all users of WhatsYourPrice.com, whether registered or unregistered, agree under the Terms of Use not to use Plaintiff's propriety information or use it for commercial purposes, and only to use it for personal, non-commercial use.  (*See, e.g.* Ex. F.)

52.    In pertinent part, the Terms of Use provide:

**Section 4: Proprietary Rights**

WhatsYourPrice.com owns and retains all proprietary rights in the Website and the Service. The Website contains the copyrighted material, trademarks, and other proprietary information of WhatsYourPrice.com, and its licensors. Except for that information which is in the public domain or for which you have been given written permission, you may not copy, modify, publish, transmit, distribute, perform, display, or sell any such proprietary information.

**Section 5: Copyright Policy**

You may not post, distribute, or reproduce in any way any copyrighted material, trademarks, or other proprietary information without obtaining the prior written consent of the owner of such proprietary rights.

Complaint

### Section 13: Non Commercial Use by Members

WhatsYourPrice.com is for the personal use of individual Members only and may not be used in connection with any commercial endeavors.

(emphasis added).

53.     By and through the conduct alleged herein, Defendants' use and infringement of Plaintiff's trademarks and trade dress have violated and continue to violate the Terms of Use.  (*See* Ex. F.)

### FIRST CAUSE OF ACTION
### FEDERAL TRADEMARK INFRINGEMENT
### (15 U.S.C. §§ 1114(1))

54.     Plaintiff realleges and incorporates by reference each of the allegations contained in the preceding paragraphs of this Complaint.

55.     As alleged herein, Plaintiff owns U.S. federal trademark registrations for the trademarks "Get Paid For Dating" and "Bid For First Dates."  These registrations are in full force and effect and are enforceable.

56.     The trademarks "Get Paid For Dating" and "Bid For First Dates" are inherently distinctive and have, over time, also acquired secondary meaning. The public associates these trademarks with Plaintiff's goods and services. This is a result of the marks' inherent distinctiveness and distinctiveness acquired through extensive advertising, sales, and use in commerce throughout the United States.

57.     Without Plaintiff's consent, Defendants have used in commerce, in connection with the sale, offering for sale, distribution or advertising of Defendants' goods and services, a reproduction, counterfeit, copy or colorable imitation of the "Get Paid For Dating," and "Bid For First Dates" marks.

58.     The goods and services offered by Defendants are substantially similar to the goods and services offered by Plaintiff.

59.     These acts of trademark infringement have been committed in

13

Complaint

1  connection with Defendants' sale, offering of sale, distribution, and advertising of
2  goods and services with the intent to cause confusion, mistake, or deception, and
3  are in violation of 15 U.S.C. § 1114.

4      60.    As a direct and proximate result of Defendants' infringing activities as
5  alleged herein, Plaintiff has suffered substantial damage.

6      61.    Defendants' infringement of Plaintiff's trademarks as alleged herein is
7  an exceptional case and was intentional, entitling Plaintiff to treble its actual
8  damages and to an award of attorneys' fees under 15 U.S.C. §§ 1117(a) and
9  1117(b).

10              **SECOND CAUSE OF ACTION**
11  **FEDERAL FALSE DESIGNATIONS AND DESCRIPTIONS**
12                 **(15 U.S.C. § 1125)**

13     62.    Plaintiff realleges and incorporates by reference each of the allegations
14  contained in the preceding paragraphs of this Complaint.

15     63.    Defendants' use of Plaintiff's registered trademarks "Get Paid For
16  Dating" and "Bid For First Dates," and qualifying unregistered trademarks, "Get
17  Paid to Date" and "Date Beautiful People," for which registrations are pending, or
18  similarly confusing use of those trademarks, in order to drive customers to
19  Defendants' websites, constitutes a use in commerce.

20     64.    The marks "Get Paid For Dating," "Bid For First Dates," "Get Paid To
21  Date" and "Date Beautiful People" are inherently distinctive and have, over time,
22  also acquired secondary meaning. The public associates the marks "Get Paid For
23  Dating," "Bid For First Dates," "Get Paid To Date" and "Date Beautiful People"
24  with Plaintiff's goods and services. This is a result of the marks' inherent
25  distinctiveness and distinctiveness acquired through extensive advertising, sales,
26  and use in commerce throughout the United States.

27     65.    Defendants' use of Plaintiff's marks, or similarly confusing marks, in
28  connection with CleverDate.com constitutes a false designation of origin,

affiliation, connection or association of Defendants with Plaintiff, or a false description of origin, sponsorship or approval of the goods or services or activities of Defendants' website by Plaintiff. Such conduct also constitutes false advertising.

66.    Defendants' conduct constitutes the use of the words, terms, names, symbols or devices tending falsely to describe the infringing goods and services, within the meaning of 15 U.S.C. § 1125(a). Defendants' conduct is likely to cause confusion, mistake, or deception by or in the public as to the affiliation, connection, association, origin, sponsorship or approval of the infringing products to the detriment of Plaintiff and is in violation of 15 U.S.C. § 1125(a).

67.    As a result of the above, Plaintiff has suffered and continues to suffer general, special, and irreparable damages and has no adequate remedy at law.

## THIRD CAUSE OF ACTION
## CALIFORNIA COMMON LAW TRADEMARK INFRINGEMENT

68.    Plaintiff realleges and incorporates by reference each of the allegations contained in the preceding paragraphs of this Complaint.

69.    Plaintiff's use of the "Get Paid For Dating," "Bid For First Dates," "Get Paid To Date" and "Date Beautiful People" in commerce began prior to Defendants' use of the marks.

70.    Defendants' use of Plaintiff's marks, as alleged in herein, is likely to cause confusion by or in the public as to the affiliation, connection, association, origin, sponsorship or approval of Defendants' infringing products with Plaintiff's products, to the detriment of Plaintiff.

71.    The acts and conduct of Defendants as alleged above with respect to Plaintiff's claim for trademark infringement under federal law constitute trademark infringement under California common law.

15

Complaint

## FOURTH CAUSE OF ACTION
## TRADE DRESS INFRINGEMENT
### (15 U.S.C. § 1125)

72.     Plaintiff re-alleges and incorporates by reference each of the allegations contained in the preceding paragraphs of this Complaint.

73.     The look and feel and overall appearance of WhatsYourPrice.com includes, *inter alia*, the website's layout, buttons, font, graphics, and text alleged herein.

74.     The look and feel and overall appearance of WhatsYourPrice.com is inherently distinctive and has, over time, also acquired secondary meaning. The public associates the unique audiovisual design and overall combination of features, graphics and elements of WhatsYourPrice.com with Plaintiff's goods and services. This is a result of the website's inherent distinctiveness and distinctiveness acquired through extensive advertising, sales, unsolicited media attention, and use in commerce throughout the United States.

75.     The look and feel and overall appearance of WhatsYourPrice.com is non-functional.

76.     CleverDate.com features the same or confusingly similar look and feel and overall appearance as WhatsYourPrice.com, including but limited to the website's layout, buttons, font, graphics, and text as alleged herein.

77.     Defendants' use of Plaintiff's trade dress, as alleged in herein, is likely to cause confusion by or in the public, or to deceive as to the affiliation, connection, association, origin, sponsorship or approval of Defendants' infringing products with Plaintiff's products, to the detriment of Plaintiff.

78.     Plaintiff has been adversely affected by Defendants' violations.  As a direct and proximate cause of Defendants' conduct, Plaintiff has sustained damages in an amount to be determined at trial.

79.     By reason of Defendants' conduct, Plaintiff has suffered, is suffering,

16

Complaint

1   and will continue to suffer irreparable harm and, unless Defendants are enjoined,

2   the irreparable harm to Plaintiffs will continue.  Plaintiff has no adequate remedy at

3   law.

### FIFTH CAUSE OF ACTION

### FEDERAL DILUTION OF FAMOUS MARKS

### (15 U.S.C. § 1125)

7   80.     Plaintiff realleges and incorporates by reference each of the allegations

8   contained in the preceding paragraphs of this Complaint.

9   81.     Plaintiff is the first to actually use the marks "Get Paid For Dating,"

10   "Bid For First Dates," "Get Paid To Date" and "Date Beautiful People" in the sale

11   of goods or services, and owns those marks.

12   82.      The marks "Get Paid For Dating," "Bid For First Dates," "Get Paid

13   To Date" and "Date Beautiful People" are distinctive and famous within the

14   meaning of the Federal Trademark Dilution Act of 1995, 15 U.S.C. § 1125(c) for

15   the following reasons:

16   a.     "Get Paid For Dating," "Bid For First Dates," "Get Paid To

17   Date" and "Date Beautiful People" are each distinct and

18   provocative phrases that are not merely descriptive;

19   b.     "Get Paid For Dating," "Bid For First Dates," "Get Paid To

20   Date" and "Date Beautiful People" are used extensively in

21   connection with satellite radio and Internet advertising for

22   Plaintiff's goods and services;

23   c.     "Get Paid For Dating," "Bid For First Dates," "Get Paid To

24   Date" and "Date Beautiful People" are recognized widely

25   among the general consuming public because of the unsolicited

26   attention given by news media to Plaintiff's business associated

27   with these marks;

28   d.     Prior to Defendants' infringing conduct, no other party used a

17

Complaint

mark similar to Plaintiff's marks "Get Paid For Dating," "Bid For First Dates," "Get Paid To Date" and "Date Beautiful People" for similar services; and

e.   "Get Paid For Dating" and "Bid For First Dates" are protected by federal trademark registration, and "Get Paid To Date" and "Date Beautiful People" have federal trademark registration applications pending.

83.   Defendants' use of the marks "Get Paid For Dating," "Bid For First Dates," "Get Paid To Date" and "Date Beautiful People," or marks confusingly similar to those marks, in connection with the use of CleverDate.com is a commercial use because Defendants are commercial entities selling and offering for sale services that compete directly with Plaintiff's business.

84.   Upon information and belief, Defendants' use of the trademarks "Get Paid For Dating," "Bid For First Dates," "Get Paid To Date" and "Date Beautiful People" in commerce occurred after Plaintiff's trademarks became famous or distinctive.

85.   Defendants' use of the trademarks "Get Paid For Dating," "Bid For First Dates," "Get Paid To Date" and "Date Beautiful People" dilutes the distinctive quality of Plaintiff's trademarks as it causes and can cause confusion among customers and potential customers of Plaintiff.

86.   Defendants' use of Plaintiff's trademarks "Get Paid For Dating," "Bid For First Dates," "Get Paid To Date" and "Date Beautiful People" causes a "blurring" of each trademark's relationship to Plaintiff. It also may lead to consumers viewing Plaintiff's name and trademarks as a generic term referring to sugar daddy dating.

87.   Plaintiff is entitled to injunctive relief pursuant to 15 U.S.C. § 1125(c).

88.   Because Defendants willfully intended to trade on Plaintiff's reputation or to cause dilution of Plaintiff's famous trademarks, Plaintiff is entitled

18

Complaint

1  to damages, extraordinary damages, fees and costs pursuant to 15 U.S.C. §
2  1125(c)(5).

3  ### SIXTH CAUSE OF ACTION
4  ### CALIFORNIA UNFAIR COMPETITION
5  ### (Cal. Bus. & Prof. Code § 17200)

6      89.    Plaintiff realleges and incorporates by reference each of the allegations
7  contained in the preceding paragraphs of this Complaint.

8      90.    The acts and conduct of Defendants as alleged herein constitute
9  unlawful, unfair, and/or fraudulent business acts or practices as defined by Cal.
10  Bus. & Prof. Code § 17200 et seq.

11      91.    Defendants' infringement of Plaintiff's marks and trade dress
12  constitute "unlawful" business practices forbidden by the provisions of the Lanham
13  Act and California common law, as alleged herein.

14      92.    Reasonable members of the public have expectations or assumptions
15  that Plaintiff's marks and trade dress are used in connection with Plaintiff's goods
16  and services and not of a competitor, or, Defendants'.  Defendants' infringement of
17  Plaintiff's marks and trade dress constitute "fraudulent" business practices because
18  reasonable members of the public are likely to be misled or deceived by
19  Defendants' use of Plaintiff's marks and trade dress in connection with their
20  advertisements and websites, as alleged herein.

21      93.    Defendants are a direct competitor of Plaintiff in the dating website
22  industry.  Defendants' infringement of Plaintiff's marks and trade dress constitutes
23  "unfair" business practice because Defendants' conduct significantly threatens or
24  harms competition by, *inter alia*, wrongfully associating Plaintiff's registered and
25  protected marks and other defining and distinguishing aspects of
26  WhatsYourPrice.com, and by extension Plaintiff's goods and services, with
27  Defendants' good and services, in order to unfairly divert business away from
28  Plaintiff.

94.     Plaintiff has suffered injury in fact through the infringement of its legally protected marks and trade dress and lost money, including profits from would-be customers, and lost its right of exclusive use of its intellectual property as a result of Defendants' infringement, which is an immediate cause of Plaintiff's loss of money and property.

95.     As a direct and proximate result of Defendants' conduct, pursuant to Cal. Bus. & Prof. Code § 17203, Plaintiff is entitled to injunctive relief, an order that Defendants disgorge all profits from the use, display or sale of Plaintiff's marks, and restitution for lost profits and property suffered by Plaintiff in an amount to be determined at trial.

## SEVENTH CAUSE OF ACTION

### (Breach of Contract)

96.     Plaintiff realleges and incorporates by reference each of the allegations contained in the preceding paragraphs of this Complaint.

97.     By using and/or registering to use the WhatsYourPrice.com website and service, Defendants, by themselves and/or through agents acting within their authorized scope of employment, consented to the WhatsYourPrice.com Terms of Use, thereby entering into a valid contract with Plaintiff.

98.     Copying, modifying, publishing, transmitting, distributing, performing, displaying or selling Plaintiff's trademarks and trade dress, and other proprietary information, is in breach of the Terms of Use.

99.     Defendants' conduct as alleged herein, including, *inter alia*, the unauthorized use and infringement of Plaintiff's trademarks and trade dress, constitutes a breach of the Terms of Use.

100.    Defendants' breach of the Terms of Use has actually and proximately caused Plaintiff damages in an amount to be proved at trial.

## PRAYER FOR JUDGMENT

WHEREFORE, PLAINTIFF prays that this Court grant it the following

relief:

1. Adjudge that Plaintiff's marks have been infringed by Defendants in violation of Plaintiff's rights under common law, 15 U.S.C. § 1114, and/or California law;

2. Adjudge that Defendants have competed unfairly with Plaintiff in violation of Plaintiff's rights under common law, 15 U.S.C. § 1125, and/or California law.

3. Adjudge that Defendants' activities are likely to, or have, diluted Plaintiff's famous marks in violation of Plaintiff's rights under common law, 15 U.S.C. § 1125(c), and/or California law;

4. Adjudge that Defendants are legally bound by WhatsYourPrice.com's Terms of Use and have breached the terms therein;

5. Adjudge that Defendants and each of its agents, employees, attorneys, successors, assigns, affiliates, and joint ventures and any person(s) in active concert or participation with them, and/or persona(s) acting for, with, by, through or under them, be enjoined and restrained at first during the pendency of this action and thereafter permanently from:

    a. Selling, offering for sale distributing, advertising, or promoting any goods or services that display any words or symbols that so resembles Plaintiff's marks, including but not limited to "Get Paid For Dating," "Bid For First Dates," "Get Paid To Date" and "Date Beautiful People," or the look and feel of WhatsYourPrice.com, as to be likely to cause confusion, mistake or deception, on or in connection with any goods or services that are not authorized by or for Plaintiff;

    b. Using Plaintiff's marks, any other marks or domain names confusingly similar to those marks alone or in combination with any other letters, words, letter strings, phrases or designs, or the look and feel of WhatsYourPrice.com in commerce or in connection with any goods or

Complaint

services;

c.   Using any word, term, name, symbol, device or combination thereof that causes or is likely to cause confusion, mistake or deception as to the affiliation or association of Defendants or its goods with Plaintiff or as to the origin of Defendants' goods or services, or any false designation of origin, false or misleading description or representation of fact;

d.   Further infringing the rights of Plaintiff in and to any of its trademarks, trade dress, products and services or otherwise damaging Plaintiff's goodwill or business reputation;

e.   Otherwise competing unfairly with Plaintiff in any manner; and

f.   Continuing to perform in any manner whatsoever any of the other acts complained of in the Complaint;

6.   Adjudge that Defendants be required immediately to supply Plaintiff's counsel with a complete list of individuals and entities from whom or which it purchased, and to whom or which it sold, offered for sale, distributed, advertised or promoted, infringing goods and services as alleged in this Complaint;

7.   Adjudge that Defendants, within thirty (30) days after service of the Judgment demanded herein, be required to file with this Court and serve upon Plaintiff's counsel a written report under oath setting forth in detail the manner in which it has complied with the Judgment;

8.   Adjudge that Plaintiff recovers from Defendants its actual damages and lost profits in an amount to be determined at trial, that Defendants be required to account for any profits that are attributable to its illegal acts, and that Plaintiff be awarded the greater of (1) three times Defendants' profits or (2) three times any damages sustained by Plaintiff under 15 U.S.C § 1117, plus prejudgment interest;

9.   Impose a constructive trust on all Defendants' fund and assets that arise out of Defendants' infringing activities;

Complaint

1        10.     Adjudge that Defendants be required to pay Plaintiff's punitive

2  damages for their oppression, fraud, malice and gross negligence, whether

3  grounded on proof of actual damages incurred by Plaintiff or on proof of

4  Defendants' unjust enrichment;

5        11.     Adjudge that Plaintiff be awarded its costs and disbursement incurred

6  in connection with this action, including Plaintiff's reasonable attorneys' fees and

7  investigative expenses; and

8        12.     Adjudge that all such other relief be awarded to Plaintiff as this Court

9  deems just and proper.

10  DATED:  November 14, 2013          CLYDE SNOW & SESSIONS, P.C.

11

12                                    _____

13                                      Mark L. Smith

14                                      *Attorneys for Plaintiff*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint

# EXHIBIT A

EXHIBIT A



 http://cleverdate.com/ Go

46 captures
21 Sep 02 - 29 Jul 13

DEC **JAN** MAR
◄ **15** ►
2011 **2013** 2014

Close ✕

Help ?

## Cle♥erDate.com
Date clever, because you're worth it!

HOME   ABOUT US   HOW IT WORKS   SIGN UP NOW   LOGIN   WHAT WE'RE NOT

**BID FOR FIRST DATES**

### DATE AWESOME PEOPLE
**Are you done wasting time on other dating websites?**

Successful and awesome members will pay you for a chance to go out on a first date! Stop dating losers, and find someone that will actually bid for your attention! You have nothing to lose!

**GET PAID TO GO ON A DATE**


VIEW ALL

BID TO DATE BEAUTIFUL PEOPLE


VIEW ALL

### DATE ATTRACTIVE MEMBERS
**You're single, successful, and intelligent, then why don't you get a hot date?**

Stop wasting time, date hot people for real! We guarantee dates! Bid to date beautiful, sexy people and fall in love! Pay only when you get a date!

## RECENTLY JOINED MEMBERS



## HOW IT WORKS?

### FOR AWESOME MEMBERS

If you are looking for a hot date, you can count on us to make it possible. We Make it easier for you to find attractive women, or men – approach them with confidence, and actually go out with them!

*Sign up for a FREE account and create a short profile*

*Start browsing Attractive Members near you*

*Make someone an offer for a First Date*

*If they accept your offer, you're ready to go on your date!*

### FOR ATTRACTIVE MEMBERS

We make it simple, easy and FREE for you to find the love of your life. At CleverDate, you will not have messages from people who are not serious about dating you. We provide a safe and secure platform for you to find the right person.

*Sign up for a FREE account and create your profile*

*You receive offers from Awesome Members that might interest you*

*You choose the offer that you like*

*You can meet and actually get paid for that First Date!*

Exhibit A
Page 1

No Subscription Fees
No Fake Accounts
No Fake Messages
Guaranteed Dates!
You ONLY pay when you get a date!

No Subscription Fees
No Fake Accounts
No Fake Messages
100% Free to Join and Use
You GET PAID to go on your First Date!

AWESOME
MEMBER

ATTRACTIVE
MEMBER

## WE GUARANTEE DATES

Finally average looking people can have a chance to go out on a date with attractive people and attractive people can be sure they're not wasting their time going out with people who are not serious! CleverDate.com is an online dating website that allows members name a price for the opportunity to go out on a first date! It may look like a very different approach to start with, but it just works!

Only serious people bid and accept to go out on a first date. If they hit it off, possibilities are endless. This concept has existed for decades in charity circles to raise money, now its available online for everyone!

We provide you a platform where awesome and attractive singles can negotiate and agree on a price for a first date. By providing this additional monetary incentive, CleverDate.com is able to help people meet those they really want to meet - Guaranteed!

### Three Steps to guarantee a first date.

**SIGN UP FOR A FREE AND COMPLETE YOUR PROFILE WITH AT LEAST ONE PHOTO**
First step to finding your special someone, start with filling out your profile and uploading at least one photo of yourself, then completing your profile and first date expectations.

**BROWSE, MAKE AN OFFER OR ACCEPT AN OFFER**
Browse profiles that interest you, fit your idea of perfect date and ask them out on a date by making an offer. If you're a Awesome Member, state the price you're willing to bid or pay for the first date. If the Attractive Member accepts your offer, you got yourself a hot date! If you're an Attractive Member, review the offers you receive and choose the one that suits you. Our site allows you to negotiate offers, reject offers and list offers.

**SEND A MESSAGE TO SCHEDULE A DATE!**
Once an offer is accepted, simply send a message to your date and schedule your first date! You can use our state of the art technology to determine what day, date, and venue suits the both of you.

We're so confident that we offer 'Guaranteed Dates' to our members. If you're an Awesome Member and purchased certain stamps and taken all the steps and still don't get a date, we will replenish your account with 1000 stamps for free!

## WHY CHOOSE CLEVERDATE?

CleverDate is ideal for single men and women who are looking for prospective partners. If you have tried other dating services without a satisfied outcome, this is the place for you. We are unique to other dating services as we allow our members the added choice to get paid for a first date by an awesome person. We understand that it is not always everyone's preference, which is why all members have the opportunity to choose what feature they prefer. Regardless of this, you can browse all members, and filter the options you wish to see. There are thousands of single men and women in your area right now who are eager to flirt, meet, and chat to you via messages!

CleverDate is one of the only websites that allows its members to negotiate First Dates.

By doing this, we are able to eliminate all the fuss and hard work that comes with online dating websites. Unlike other online dating websites, we do not ask you to pay any subscription fees, or commitments.

**You pay when you get a date.**

*Guaranteed Dates*

*We do not host any fake profiles or pictures of any kind*

*Safe and secure platform to meet your special someone*

*We allow members to name the price they're willing to pay for a first date*

*We allow members to accept the price they're willing to accept for a first date*

*No more unwanted messages from people that are not relevant to you*

*No Subscription fees, no monthly fees - Only pay when you get yourself a date!*

*By offering cash incentive to date, we are able to ensure only serious people participate on our website*



CleverDate.com
Date clever because you're worth it

About Us
How it works
Our Commitment

Guaranteed Dates
Why Get Paid?
Why Pay for a Date?

Sign Up Now
Terms of Use
Privacy Policy

FAQ
Contact Us
Become an Affiliate

Copyright © 2013 CleverDate.com. All rights reserved

Exhibit A
Page 2

# EXHIBIT B

EXHIBIT B





JOIN NOW!
IT'S 100% FREE

Select Member Type

Username

Day | Month | Year

Email Address

Password

NO SUBSCRIPTION FEES! JOIN FOR FREE!

**Guys, Date Attractive people!**
Bid to date beautiful, sexy people and **fall in love!**
Pay only when you get a date!



**Date Gorgeous People.**

CleverDate makes finding and dating hot people super easy. You do not need to be a superman to understand our website or find the women of your dreams. Place your bids to date beautiful women and find that special someone quicker.



**Get Paid to Date.**

No more sniffing through hundreds of emails from unwanted guys. Date successful people and actually get paid for the first date. Our dating system is easy to use, fun to browse and very lucrative. You'll never waste your time!

## Online dating simplified



*Sign up for Free*

Got 30 seconds? Create your free dating profile on CleverDate and upload a photo of yourself. After that, you're ready to make or receive offers from other members. Start bidding or receiving bids and have a blast!



*Bid for Dates Or Accept Bids*

If you're an awesome member, you are free to browse the gorgeous girls and start making your offers to them. State the price you're willing to pay them for your first date. If you're an attractive member, complete your profile and start receiving offers from successful guys. See the price they offer to go on a first date, counter offers, or accept offer and have a blast!



*Make a Deal*

Our platform allows members to accept, counter or reject offers. Once a agreeable price is reached, your date is on! Message the member and schedule your first date. Oh, don't forget to have some fun, too!



*Go on a Date*

Schedule date with your potential partner using our platform. You can choose to get paid in-person, via CleverDate, or in Kind (meaning -- buy me dinner!). Meet at a public place and have a great time together!

Exhibit B
Page 3

HOW IT WORK?



FOR AWESOME MEMBERS

FOR ATTRACTIVE MEMBERS





If you are looking for a hot date, you can count on us to make it possible. We makes it easier for you to find attractive women, men -- approach them with confidence, and actually go out with them!

1. *Sign up for a free account and create a short profile*
2. *Start browsing Attractive Members near you*
3. *Make someone an offer for a First Date*
4. *If they accept your offer, you're ready to go on your date!*

✔ No Subscription Fees
✔ No Fake Accounts
✔ No Fake Messages
✔ Guaranteed Dates!
✔ You ONLY pay when you get a date!

**SIGN UP AS AWESOME MEMBER**

We make it simple, easy and FREE for you to find the love of your life. At CleverDate, you will not have messages from people who are not serious about dating you. We provide a safe and secure platform for you to find the right person.

1. *Sign up for a FREE account and create your profile*
2. *You receive offers from Awesome Members that might interest you*
3. *You choose the offer that you like*
4. *You can meet and actually paid for that First Date!*

✔ No Subscription Fees
✔ No Fake Accounts
✔ No Fake Messages
✔ 100% Free to Join and Use
✔ You GET PAID to go on your First Date!

**SIGN UP AS ATTRACTIVE MEMBER**



 ## WE GUARANTEE DATES

Finally average looking people can have a chance to go out on a date with attractive people and attractive people can be sure they're not wasting their time going out with people who are not serious! CleverDate.com is an online dating website that allows members name a price for the opportunity to go out on a first date! It may look like a very different approach to start with, but it just works!

Only serious people bid and accept to go out on a first date. If they hit it off, possibilities are endless. This concept has existed for decades in charity circles to raise money, now its available online for everyone!

We provide you a platform where awesome and attractive singles can negotiate and agree on a price for a first date. By providing this additional monetary incentive, CleverDate.com is able to help people meet those they really want to meet - Guaranteed!

### *Three Steps to guarantee a first date.*

 **SIGN UP FOR A FREE AND COMPLETE YOUR PROFILE WITH AT LEAST ONE PHOTO**
First step to finding your special someone, start with filling out your profile and uploading at least one photo of yourself, then completing your profile and first date expectations.

 **BROWSE, MAKE AN OFFER OR ACCEPT AN OFFER**
Browse profiles that interest you, fit your idea of perfect date and ask them out on a date by making an offer. If you're a Awesome Member, state the price you're willing to bid or pay for the first date. If the Attractive Member accepts your offer, you got yourself a hot date! If you're an Attractive Member, review the offers you receive and choose the one that suits you. Our site allows you to negotiate offers, reject offers and list offers.

 **SEND A MESSAGE TO SCHEDULE A DATE!**
Once an offer is accepted, simply send a message to your date and schedule your first date! You can use our state of the art technology to determine what day, date, and venue suits the both of you.

We're so confident that we offer 'Guaranteed Dates' to our members. If you're an Awesome Member and purchased certain stamps and taken all the steps and still don't get a date, we will replenish your account with 1000 stamps for free!

## WHY CHOOSE CLEVERDATE?

CleverDate is ideal for single men and women who are looking for prospective partners. If you have tried other dating services without a satisfied outcome, this is the place for you. We are unique to other dating services as we allow our members the added choice to get paid for a first date by an awesome person. We understand that it is not always everyone's' preference, which is why all members have the opportunity to choose what feature they prefer. Regardless of this, you can browse all members, and filter the options you wish to see. There are thousands of single men and women in your area right now who are eager to flirt, meet, and chat to you via messages!

CleverDate is one of the only websites that allows its members to negotiate First Dates.

By doing this, we are able to eliminate all the fuss and hard work that comes with online dating websites. Unlike other online dating websites, we do not ask you to pay any subscription fees, or commitments.

**You pay when you get a date.**

✔ *Guaranteed Dates*
✔ *We do not host any fake profiles or pictures of any kind*
✔ *Safe and secure platform to meet your special someone*
✔ *We allow members to name the price they're willing to pay for a first date*
✔ *We allow members to accept the price they're willing to accept for a first date*
✔ *No more unwanted messages from people that are not relevant to you*
✔ *No Subscription fees, no monthly fees - Only pay when you get yourself a date!*
✔ *By offering cash incentive to date, we are able to ensure only serious people participate on our website*



| About Us | Guaranteed Dates | Sign Up Now | FAQ |
| How It works | Why Get Paid? | Terms of Use | Contact Us |
| Our Commitment | Why Pay for a Date? | Privacy Policy | Become an Affiliate |

Exhibit B
Page 4

Copyright © 2013 CleverDate.com. All rights reserved.

# EXHIBIT C

EXHIBIT C



Google | bid for first dates | 🔍

Web    Images    Maps    Shopping    More ▾    Search tools    ⚙

About 32,000,000 results (0.18 seconds)

**WhatsYourPrice Dating - Bid for Dates in United States**
https://www.whatsyourprice.com/United%20States ▾
Generous people in the United States never again have to settle when it comes ...
Georgia - Alabama - Alaska - Arizona

**Online Dating | Buy & Sell First Dates**
www.whatsyourprice.com/ ▾
Join Now, and go on a First Date today, Guaranteed, ... bid on first dates with
beautiful women ... Had drinks and danced allll night with my first date. I had such a ...
Login - How It Works - Browse attractive Members - Canada

**About WhatsYourPrice - Bidding for Dates Works**
www.whatsyourprice.com/about ▾
Register For a Free Account · Learn More About What's Your Price ...

**Online dating that works - CleverDate.com | Bid for First Dates ...**
cleverdate.com/lp/lp2/ ▾
At CleverDate, we're committed to solve the online dating problem for good. There are
hundreds of online dating sites around, but most of them comes with a lot ...

**Dating Website: Members Buy, Sell First Dates on What'sYourPrice ...**
abcnews.go.com › Technology ▾
Apr 11, 2011 - Members flash dollar signs to bid for the chance to take "attractive"
members out on a first date. Handout. Maybe money can't buy you love but, ...

**New Dating Site Lets You Bid on Attractive People - Tech - Time**
techland.time.com/.../a-new-dating-site-lets-you-bid-on-attractive-people... ▾
Apr 12, 2011 - What's Your Price even has a First Date Etiquette section to ensure
that ... that bidding for a date is more akin to charity than an escort service:.

**Dating website allows users to pay for a first date - www.ktnv.com**
www.ktnv.com › News › Local News ▾
Mar 1, 2013 - Some people might think paying for a first date is a sign of ... says she
is still looking for the one and taking it one date or one bid at a time.

**Men: First-Date Etiquette, Explained - Match.com**
www.match.com/magazine/article/3716/ ▾
First-date dictate #4: Bid her goodnight in grand style. If the night was a flop, a quick
finish with a polite handshake or brief hug is expected, perhaps with great ...

**First Date Economics: What's Your Price? « MadameNoire | Black ...**
madamenoire.com/72254/first-date-economics-whats-your-price/ ▾
Sep 21, 2011 - A new dating site allows men to bid on first dates with attractive
women, taking the concept of 'time equals money' to new heights (or perhaps ...

**Dr. Michelle Callahan: Buying and Selling First Dates: The Death of ...**
www.huffingtonpost.com/.../buying-and-selling-first-dates_b_846698.ht... ▾
Apr 18, 2011 - The site invites "the generous" to place bids from $25 to $200 for first
dates with "the attractive" who post profiles and can either accept, decline ...

Ads related to bid for first dates ⓘ

**WhatsYourPrice Dating - 5 Women For Every Guy**
www.whatsyourprice.com/Dating ▾
Online Date Auction Guarantees Dates!
How It Works - Testimonials - Press Coverage - Join Now

**Construction Bids**
www.bidclerk.com/ ▾
Get Unlimited Access to 1000's Of Construction Projects Out For Bids.
Construction Bids In Your State - Search 1000's of Construction Leads

Searches related to bid for first dates

paid dates                          nameyourprice.com dating
what would you pay dating site      get paid for dating
unique dating sites                 dating site describe yourself
pay to date website

Goooooooooogle ›

Exhibit C
Page 6

1 2 3 4 5 6 7 8 9 10   *   **Next**

Help     Send feedback     Privacy & Terms

Exhibit C
Page 7

# EXHIBIT D

EXHIBIT D



Google    cleverdate

Web    Images    Maps    Shopping    Videos    More ▾    Search tools

About 21,100 results (0.15 seconds)

Ad related to cleverdate ⓘ

**cleverdate.com - Clever Date - Official**
www.cleverdate.com/ ▾
Clever Date - Get paid to date. Quick and free signup!

**CleverDate.com | Bid for First Dates. Dating site that just works ...**
cleverdate.com/ ▾
CleverDate makes finding and dating hot people super easy. You do not need to be a
superman to understand our website or find the women of your dreams.
Why Get Paid? - How it Works - Our Commitment - What We're Not

**Online dating that works - CleverDate.com | Bid for First Dates ...**
cleverdate.com/lp/lp2/ ▾
Online dating that works. At CleverDate, we're committed to solve the online ...

**About Us - CleverDate.com | Bid for First Dates. Dating site that just ...**
cleverdate.com/about ▾
About Us. CleverDate is a top rated, unique online dating service. We give ...

**Clever Date Reviews from Free Dating Helper**
www.freedatinghelper.com/reviews/clever-date/ ▾
4 Reviews for Clever Date - CleverDate.com is an online dating site that grants the
members a place to send a monetary offer for the opportunity to go out on a ...

**Clever Date (CleverDate) on Twitter**
https://twitter.com/CleverDate ▾
The latest from Clever Date (@CleverDate). Buy and Sell First Dates at
http://CleverDate.com! Average looking people can finally go on a date with HOT ...

**CLEVERDATE REVIEW | MAKE MONEY ONLINE**
googletwist.wordpress.com/tag/cleverdate-review/ ▾
Posts about CLEVERDATE REVIEW written by googlebites.blogspot.com.

**Anti Illuminati Dating Service Critic Review: www.Cleverdate.com ...**
 www.youtube.com/watch?v=7M4GZX1WVew ▾
Jul 16, 2013 - Uploaded by informationuneed
http://cleverdate.com/ New series anti-elite dating service critic
reviews of USA dating services exposing them ...

**Dating Sites For Rich Men - CleverDate.com. Find Out the Truth ...**
www.menshealth.co.uk › ... › Discussion boards › Your recommendations ▾
Find Out the Truth About The Singles. http://www.cleverdate.com/lp/lp2/?
ul=y6ILXeDHUWDFIATDating Sites For Rich Men - CleverDate.com. Find Out the
Truth ...

**cleverdate.com - online dating | Qirina**
com.cleverdate.qirina.com/ ▾
Qirina attempts to ascertain what sites are about based on an analysis of the text
content on the front page. Did we get this one right? What do you think?

**Clever Date Ideas - Date Suggestions by Clever Singles at ...**
www.perfectmatch.com/Dating/Missouri/Clever/Clever-Date-Ideas.html ▾
Clever Date Ideas: Date ideas suggested by Clever singles. Check out these Clever
date ideas for fun, outdoor or romantic dates. Best places to go on a Date in ...



1  2  3  4  5  6  7  8  9  10    Next

Help    Send feedback    Privacy & Terms

Exhibit D
Page 8



Web    Images    Maps    Shopping    Videos    More ▾        Search tools

About 26,200 results (0.28 seconds)

### Bid for First Dates. Dating site that just works! CleverDate ...
cleverdate.com/ ▾
CleverDate makes finding and dating hot people super easy. You do not need to be a
superman to understand our website or find the women of your dreams.

| | |
|---|---|
| **Dating that works!** | **Why Get Paid?** |
| Online dating that works. At | Why Get Paid? Let's be honest here! |
| CleverDate, we're committed to ... | Some people may believe ... |
| **About Us** | **What We're Not** |
| About Us. CleverDate is a top rated, | What we're not. CleverDate is a |
| unique online dating ... | unique online dating website ... |
| **How does CleverDate.com ...** | **Sign Up Now** |
| How does CleverDate.com work? ← | Home · About Us · How it Works · |
| New to CleverDate.com ... | Sign Up Now · Login · What ... |

More results from cleverdate.com »

### Clever Date Reviews from Free Dating Helper
www.freedatinghelper.com/reviews/clever-date/ ▾
3 Reviews for Clever Date - CleverDate.com is an online dating site that grants the
members a place to send a monetary offer for the opportunity to go out on a ...

### Clever Date (CleverDate) on Twitter
https://twitter.com/CleverDate ▾
The latest from Clever Date (@CleverDate). Buy and Sell First Dates at
http://CleverDate.com! Average looking people can finally go on a date with HOT ...

### cleverdate.com - online dating
com.cleverdate.qirina.com/ ▾
Did we get this one right? What do you think? If the niche has been incorrectly
identified, cleverdate.com's performance can probably be substantially improved ...

**Images for cleverdate** - Report images

    

### Dating Sites For Rich Men - CleverDate.com. Find Out the Truth ...
www.menshealth.co.uk › ... › Discussion boards › Your recommendations ▾
Apr 27, 2013 - http://www.cleverdate.com/lp/lp2/?ul=y6tLXeDHUWDFIATDating Sites
For Rich Men - CleverDate.com. Find Out the Truth About The Singles.

### Clever Date Ideas - Date Suggestions by Clever Singles at ...
www.perfectmatch.com/Dating/Missouri/Clever/Clever-Date-Ideas.html ▾
Clever Date Ideas: Date ideas suggested by Clever singles. Check out these Clever
date ideas for fun, outdoor or romantic dates. Best places to go on a Date in ...

### Anti Illuminati Dating Service Critic Review: www.Cleverdate com ...
 www.youtube.com/watch?v=7M4GZX1WVew
Jul 16, 2013 - Uploaded by informationuneed
http://cleverdate.com/ New series anti-elite dating service critic
reviews of USA dating services exposing them ...

Goooooooooogle ›
1  2  3  4  5  6  7  8  9  10     Next

Advanced search    Search Help    Send feedback

Exhibit D
Page 9

cleverdate - Google Search

Google Home    Advertising Programs    Business Solutions    Privacy & Terms    About Google

Exhibit D
Page 10

# EXHIBIT E

EXHIBIT E

Google   get paid to date   🔍   ⊞   Sign in

Web    Images    Maps    Shopping    More ▾    Search tools    ⚙

About 517,000,000 results (0.17 seconds)

**WhatsYourPrice Dating - Bid for Dates in United States**
https://www.whatsyourprice.com/United%20States ▾
There is no need to settle when one can **date** the very best. ... focus locally on
matching singles in the United States, not many can guarantee you will **get** results.

**Online Dating | Buy & Sell First Dates**
www.whatsyourprice.com/ ▾
... for Attractive Singles. Join Now, and go on a First **Date** today, Guaranteed. ...
Select Your Account Type, Generous: Pay for Dates, Attractive: **Get Paid** for Dates.
Login - How It Works - Browse attractive Members - Canada

**Get Paid and Make Money Being a Friend and Party - Rent a Friend**
rentafriend.com/beafriend/ ▾
You negotiate all the details with them and **get paid** directly by them ... you meet to
discuss all of the details including the time, **date**, location plans and payment.

**Get Paid To Date | Facebook**
https://www.facebook.com/GetPaidToDate ▾
**Get Paid To Date**. 43 likes · 2 talking about this. Deal O Dates - Find that perfect date!
Deal O Dates has taken online dating to the next level. Get paid to Deal O ...

**Employment | Rent a Date**
www.rentadate.com/employment/ ▾
Would you like to **get** Rented? Rent a **Date** has fast become the largest service of it's
kind. Due to our success, we need to expand our selection to serve ou.

**Make Money and "Get Paid to Date!" on CollegeCliques.com : Free ...**
www.collegecliques.com/MakeMoney.aspx ▾
You can make money on CollegeCliques.com. **Get Paid To Date!** Get Paid $1 to $20
on your first month via PayPal if you add 5 friends.

**Why Get Paid? - CleverDate.com | Bid for First Dates. Dating site that...**
cleverdate.com/why_get_paid ▾
Let's be honest here! Some people may believe it is morally wrong to pay someone for
a first **date**, or to **get paid** by someone for their first **date**. Initially we ...

**Paying For Dates - WhatsYourPrice.com: A Sleazy Proposition or A ...**
www.forbes.com/.../paying-for-dates-a-sleazy-proposition-or-pe... ▾
by Elisa Doucette - in 566 Google+ circles
Apr 19, 2011 - If a guy is **paying** on a first **date** (lucky if you can **get** that in
NYC, btw) there's the implication that they MIGHT **get** something. If they are
**paying** ...

**Getting paid while on dates - Tourist-rooms.com**
www.tourist-rooms.com/dating.html ▾
During the **date**,you need to be specially nice and polite to the guy. Why?? It's because
he **paid** for the **date** while you **get** some monetary benefits from it.Besides ...

**Getting Paid To Date**
www.dates4hire.com/getting-paid-to-date.html ▾
**Getting paid to date** not only has financial benefits but also provides you with a
lifestyle that is fun and exciting. On our site you **get paid to date** and have fun.

Ads related to **get paid to date** ⓘ

**eHarmony® Official Site - Meet the Love of Your Life Today**
www.eharmony.com/Dating ▾
Find Your Local Matches for Free!
Those who met on eHarmony rated their marriages higher – Nature.com
eHarmony has 1,368 followers on Google+
Our Free Test ($40 Value) - Find Your Match - Start Dating Now

**Compensation Data**
www.kenexa.com/ ▾
Salary data for 4,000+ jobs Request a free demonstration

**$40/day - Make Money Now - You won't get rich, but we do pay**
www.cashbackresearch.com/ ▾
Join free now and get $5 instantly

Searches related to **get paid to date**

Exhibit E
Page 11

get paid to date men          get paid to date reviews
get paid to travel            best get paid to date
get paid to date rich men     date a dating site that pays you
get paid to date online       latest gadgets date



1 2 3 4 5 6 7 8 9 10   **Next**

Help    Send feedback    Privacy & Terms

Exhibit E
Page 12

# EXHIBIT F

EXHIBIT F

- How It Works
- About Us
- Our Blog
- Press
-
- Login
- Join Now

- Login

# WhatsYourPrice.com Terms of Use Agreement

By using the WhatsYourPrice.com Website (the "Website") you agree to be bound by these Terms of Use (this "Agreement"), whether or not you register as a member ("Member"). If you do not accept these Terms and Conditions or you do not meet or comply with their provisions, you may not use the Website.

## Section 1: Binding Agreement

This Agreement sets out the legally binding terms of your use of the Website and your membership in the Service and may be modified by WhatsYourPrice.com from time to time, such modifications to be effective upon posting by WhatsYourPrice.com on the Website. This Agreement includes WhatsYourPrice.com's Acceptable Use Policy for Content Posted on the Website, WhatsYourPrice.com's Privacy Policy, and any notices regarding the Website.

## Section 2: Eligibility

You must be eighteen or over to register as a member of WhatsYourPrice.com or use the Website. Membership in the Service is void where prohibited. By using the Website, you represent and warrant that you have the right, authority, and capacity to enter into this Agreement and to abide by all of the terms and conditions of this Agreement.

## Section 3: Term

This Agreement will remain in full force and effect while you use the Website and/or are a Member. You may terminate your membership at any time, for any reason by following the instructions on the Cancel Membership or Delete Account or Resign pages in Account Settings. WhatsYourPrice.com may terminate your membership for any reason, effective upon sending notice to you at the email address you provide in your application for membership, or such other email address as you may later provide to WhatsYourPrice.com. If WhatsYourPrice.com terminates your membership in the Service because you have breached the Agreement, you will not be entitled to any refund of unused subscription fees or credits. Even after membership is terminated, this Agreement will remain in effect. Even after this Agreement is terminated, certain provisions will remain in effect, including but not limited to sections 4, 5, 6, 7, 10, 12, 19, 20, 22, 23 and 25 of this Agreement.

Exhibit F
Page 13

## Section 4: Proprietary Rights

WhatsYourPrice.com owns and retains all proprietary rights in the Website and the Service. The Website contains the copyrighted material, trademarks, and other proprietary information of WhatsYourPrice.com, and its licensors. Except for that information which is in the public domain or for which you have been given written permission, you may not copy, modify, publish, transmit, distribute, perform, display, or sell any such proprietary information.

## Section 5: Copyright Policy

You may not post, distribute, or reproduce in any way any copyrighted material, trademarks, or other proprietary information without obtaining the prior written consent of the owner of such proprietary rights. Without limiting the foregoing, if you believe that your work has been copied and posted on the Service in a way that constitutes copyright infringement, please provide our Copyright Agent with the following information: an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright interest; a description of the copyrighted work that you claim has been infringed; a description of where the material that you claim is infringing is located on the Website; your address, telephone number, and email address; a written statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

## Section 6: Subscription

WhatsYourPrice.com reserves the right to offer free membership to any person(s) of our choice at any given time, for any duration, while charging other members, at the same time. WhatsYourPrice.com also reserves the right to cancel the FREE trial period at any time, for all or any of its members.

## Section 7: Member Disputes

You are solely responsible for your interactions with other WhatsYourPrice.com Members. WhatsYourPrice.com, Inc. reserves the right, but has no obligation, to monitor disputes between you and other Members.

## Section 8: Service

WhatsYourPrice.com does not guarantee, at any time, either their paid or free membership holders, or members who have purchased credits, that the website will be fully operational all the time. Members may face significant service disturbances. Only in the event that www.WhatsYourPrice.com is offline for a period of more than 72 hours, will a pro-rated refund be given. WhatsYourPrice.com DOES NOT OFFER TECHNICAL SUPPORT. We will offer support only for services/features related to the website.

## Section 9: U.S. Export Controls

Software from this Website (the "Software") is further subject to United States export controls. No Software may be downloaded from the Website or otherwise exported or re-exported (i) into (or to a national or resident of) Cuba, Iraq, Libya, North Korea, Iran, Syria, or any other Country to which the

Exhibit F
Page 14

U.S. has embargoed goods; or (ii) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Deny Orders. By downloading or using the Software, you represent and warrant that you are not located in, under the control of, or a national or resident of any such country or on any such list.

## Section 10: Disputes

If there is any dispute about or involving the Website and/or the Service, by using the Website, you agree that the dispute will be governed by the laws of the State of Nevada without regard to its conflict of law provisions. You agree to personal jurisdiction by and venue in the state and federal courts of the State of Nevada.

## Section 11: Other

This Agreement, accepted upon use of the Website and further affirmed by becoming a Member of the Service, contains the entire agreement between you and WhatsYourPrice.com regarding the use of the Website and/or the Service. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect.

## Section 12: Ownership

This Website is owned and operated by WhatsYourPrice.com, and unless otherwise noted, WhatsYourPrice.com owns the Copyright in all materials provided here. No material from this Website may be copied, modified, reproduced, republished, uploaded, posted, transmitted, or distributed in any manner or form except as explicitly provided below. Modification of the materials or use of the materials for any purpose other than those purposes explicitly permitted below is a violation of WhatsYourPrice.com's copyright and/or other proprietary rights. You shall not copy or adapt the HTML code that is used to generate this Website. The use of any materials from this Website on any other website or networked computer environment is prohibited unless permission is obtained in writing from WhatsYourPrice.com. The Website itself, including all textual and graphic content, is copyrighted by WhatsYourPrice.com, with all rights reserved.

## Section 13: Non Commercial Use by Members

WhatsYourPrice.com is for the personal use of individual Members only and may not be used in connection with any commercial endeavors. Organizations, companies, agencies, and/or businesses may not become Members and should not use the Service or the Website for any purpose. Illegal and/or unauthorized uses of the Website, including collecting usernames and/or email addresses of members by electronic or other means for the purpose of sending unsolicited email and unauthorized framing of or linking to the Website will be investigated, and appropriate legal action will be taken, including without limitation, civil, criminal, and injunctive redress.

## Section 14: Member Information

In consideration of your use of the Website, you agree to provide true, accurate, current and complete information about yourself. You agree to maintain and promptly update your information to keep it true, accurate, current and complete. WhatsYourPrice.com reserves the right to verify any member identity and to terminate your account if we have grounds to suspect that information provided by you

is untrue, inaccurate, not current or incomplete. If you provide untrue information about yourself, please note that you could be guilty of fraud and subject to civil and criminal penalties under U.S. federal and state law (or similar laws in the country of your residence). For example, Title 18, Section 1343 of the U.S. Code authorizes fines of up to $250,000 and jail sentences of up to five years for each offense. WhatsYourPrice.com reserves the right to report violators to appropriate law enforcement authorities and seek prosecution or civil redress to the fullest extent of the law.

## Section 15: Use of Materials

You may view and download a single copy of the information contained in this Website (the "Materials") on a single computer for your personal, non-commercial internal use only. This is a revocable license, not a transfer of title, and is subject to the following restrictions: you may not (i) modify the Materials or use them for any commercial purpose, or any public display, performance, sale or rental; (ii) decompile, reverse engineer, or disassemble the Materials; (iii) remove any copyright, trademark registration, or other proprietary notices from the Materials; or (iv) transfer the Materials to another person.

## Section 16: Acceptable Website Use

General Rules: You may not use this Website in order to transmit, distribute, store or destroy material (i) in violation of any applicable law or regulation, (ii) in a manner that will infringe the copyright, trademark, trade secret or other intellectual property rights of others or violate the privacy, publicity or other personal rights of others, or (iii) in a manner that is defamatory, obscene, threatening, abusive or hateful.

Website Security Rules: You are prohibited from violating or attempting to violate the security of this Website, including, without limitation, (i) accessing data not intended for you or logging into a server or account which you are not authorized to access, (ii) attempting to probe, scan, or test the vulnerability of a system or network or to breach security or authentication measures without proper authorization, (iii) attempting to interfere with service to any user, host, or network, including, without limitation, by way of submitting a virus to this Website, overloading, "flooding", "spamming", "mail bombing", or "crashing", (iv) sending unsolicited e-mail, including promotions and/or advertising of products or services, or (v) forging any TCP/IP packet header or any part of the header information in any e-mail or newsgroup posting. Violations of system or network security may result in civil or criminal liability. WhatsYourPrice.com will investigate occurrences which may involve such violations and may involve, and cooperate with, law enforcement authorities in prosecuting users who are involved in such violations.

## Section 17: Specific Prohibited Uses

This Website may be used only for lawful purposes by individuals seeking friendship and love. As one of the conditions of your use of this Website, you represent, warrant, and agree that you will not use (or plan, encourage, or help others to use) this Website for any purpose or in any manner that is prohibited by these terms, conditions and notices or by applicable law (including but not limited to any applicable export controls). It is your responsibility to ensure that your use of this Website complies with these terms and conditions (the "Terms and Conditions") and to seek prior written consent from WhatsYourPrice.com for any uses not permitted or not expressly specified herein. WhatsYourPrice.com specifically prohibits any use of this Website, and you hereby agree not to use this Website, for any of the following:

Exhibit F
Page 16

- (i) Posting any incomplete, false or inaccurate information about yourself and/or your profile;
- (ii) Posting any material that is not entirely your own or for which you do not have full rights to use;
- (iii) Deleting or otherwise revising any material posted by any other person;
- (iv) Using any device, software, or routine to interfere (or attempt to interfere) with the proper working of this Website or any activity being conducted on this Website;
- (v) Taking any action that imposes an unreasonable or disproportionately large load on this Website's infrastructure (including without limitation "flooding," "spamming," "mail bombing," or "crashing" the Website);
- (vi) Notwithstanding anything to the contrary contained herein, using (or attempting to use) any engine, software tool, agent, or other device or mechanism (including without limitation browsers, spiders, robots, avatars, or intelligent agents) to navigate or search this Website other than the search engine and search agents available from WhatsYourPrice.com on this Website and other than generally available third party Web browsers (e.g., Netscape Navigator, Microsoft Explorer, etc.). WhatsYourPrice.com considers more than 100 detailed profile views per user license per day to be abuse, and WhatsYourPrice.com reserves the right to terminate access to the product and collect full contract value in the event of such abuse;
- (vii) Accessing data not intended for you or logging into a server or account that you are not authorized to access;
- (viii) Probing, scanning, or testing the vulnerability of a system or network or to breach security or authentication measures without proper authorization;
- (ix) Forging any TCP/IP packet header or any part of the header information in any e-mail or newsgroup posting;
- (x) If you have a password, allowing any other person to access a non-public area of this Website, disclosing to or sharing your password with any third parties or using your password for any unauthorized purpose;
- (xi) Attempting to decipher, decompile, disassemble or reverse engineer any of the software comprising or in any way making up a part of this Website;
- (xii) Posting or sending material that exploits people under the age of 18 in a sexual or violent manner, or solicits personal information from anyone under 18;
- (xiii) Soliciting passwords or personal identifying information for commercial or unlawful purposes from other users; and
- (xiv) Engage in advertising to, or solicitation of, other Members to send money, buy or sell any products or services. You may not transmit any chain letters or junk email to other Members. Although WhatsYourPrice.com cannot monitor the conduct of its Members off the Website, it is also a violation of these rules to use any information obtained from the Service in order to harass, abuse, or harm another person, or in order to contact, advertise to, solicit, or sell to any Member without their prior explicit consent.
- (xv) Soliciting sex in exchange for money, or prostitution.
- (xvi) Using our website as an escort, or using our service to solicit clients for your escort service.
- (xvii) Initiating contact with members off site by any other means, without first obtaining explicit permission from them to do so via our website.

## Section 18: No Resale or Unauthorized Use

You agree not to resell or assign your rights or obligations under these Terms and Conditions. You also agree not to make any unauthorized commercial use of this Website.

Exhibit F
Page 17

10/15/2013

## Section 19: No Refund Policy

WhatsYourPrice.com maintains a strict no-refund policy. All purchases made on our website are final. If you choose to purchase a credit or subscription package on WhatsYourPrice.com, you agree that absolutely no refunds, either full or partial, will be issued for any reasons or for any unused credits or subscription. With the exception of our Guarantee Package, you agree the purchase of any credit or subscription package on our website does not guarantee you will get a date every time you spend credits to unlock an offer or conversation. Further, you agree that no refunds will be made on any credits spent to unlock an offer or conversation, even if the offer or conversation does not result in an actual meeting or date.

## Section 20: Chargebacks and Collections

You agree that all payments made on WhatsYourPrice.com are final, and you will not challenge or dispute the charge with your bank. You further agree that should you have any issues relating to your payment (such as duplicate billing), you will open a support ticket through our website to resolve the issue. Should a chargeback or dispute be initiated with your bank, you agree that you will be held responsible for any outstanding balance owed to us plus any chargeback fees charged by our bank, which may be as much as US$60. You agree that you will pay any outstanding balance you have with WhatsYourPrice.com within 30 days from the date of notification. Any outstanding balance left unpaid after 30 days will be submitted to a collections agency, and you agree that a collections fee of up to 50% of the outstanding balance or $100 (whichever is higher) will be added to the amount that you owe.

## Section 21: Account Deletion, Suspension and Reinstatement

When you delete your WhatsYourPrice.com account or when your account is suspended for violating the policies or Terms of Use of the website, you agree that any unused subscription or credits will be forfeited and no refunds will be issued for any unused credits or membership subscription. Further, if your deleted WhatsYourPrice.com account is reinstated at a later date, you agree that any unused credits or membership subscription you have remaining at the time of your account deletion will not be reinstated with your account.

## Section 22: No Credit or Subscription Transfer

Credits or subscription purchased for a specific WhatsYourPrice.com account is strictly non-transferable. You agree that any remaining credits or membership subscription associated with an active or deleted WhatsYourPrice.com account will not be transferred to any other account belonging to you or someone else.

## Section 23: Non-Disparagement

As a condition of using WhatsYourPrice.com, you agree not to, directly or indirectly, in any capacity or manner, make, express, transmit speak, write, verbalize or otherwise communicate in any way (or cause, further, assist, solicit, encourage, support or participate in any of the foregoing), any remark, comment, message, information, declaration, communication or other statement of any kind, whether verbal, in writing, electronically transferred or otherwise, that might reasonably be construed to be

Exhibit F
Page 18

derogatory or critical of, or negative toward, WhatsYourPrice.com, or any of its directors, officers, affiliates, subsidiaries, employees, agents or representatives.

## Section 24: User Submissions

We appreciate hearing from our customers and welcome your comments regarding our services and this Website. Please be advised, however, that our policy does not permit us to accept or consider creative ideas, suggestions, inventions or materials other than those which we have specifically requested. While we do value your feedback on our services, please be specific in your comments regarding our services and do not submit creative ideas, inventions, suggestions, or materials.

If, despite our request, you send us creative suggestions, ideas, drawings, concepts, inventions, or other information (collectively the "Information"), the Information shall be the property of WhatsYourPrice.com. None of the Information shall be subject to any obligation of confidence on our part and we shall not be liable for any use or disclosure of any Information. WhatsYourPrice.com shall own exclusively all now known or later discovered rights to the Information and shall be entitled to unrestricted use of the Information for any purpose whatsoever, commercial or otherwise, without compensation to you or any other person who submitted the Information.

Furthermore, as a user, you are responsible for your own communications and are responsible for the consequences of their posting. You must not, and by using this Website you hereby agree not to, do the following things: (i) post material that is copyrighted, unless you are the copyright owner or have the permission of the copyright owner to post it; (ii) post material that reveals trade secrets, unless you own them or have the permission of the owner; (iii) post material that infringes on any other intellectual property rights of others or on the privacy or publicity rights of others; (iv) post material that is obscene, defamatory, threatening, harassing, abusive, hateful, or embarrassing to another user or any other person or entity; (v) post a sexually-explicit image or statement; (vi) post advertisements or solicitations of business, post chain letters or pyramid schemes; (vii) impersonate another person; (viii) or post material that contains viruses, Trojan horses, worms, time bombs, cancelbots or other computer programming routines or engines that are intended to damage, detrimentally interfere with, surreptitiously intercept or expropriate any system, data or information.

## Section 25: User Information

When you register for our service(s) on the Website, you will be asked to provide us with certain information, including but not limited to a valid e-mail address (your "User Information"). WhatsYourPrice.com's right to use your User Information is described in our privacy policy. Please see our Privacy Policy for further details regarding use of your Information. WhatsYourPrice.com reserves the right to offer third party services and products to you based on the preferences that you identify in your Information and at any time thereafter; such offers may be made by us or by third parties.

## Section 26: Intellectual Property Policy

We respect the intellectual property of others and expect you to do the same. At our discretion and in appropriate circumstances, we may terminate your account(s) and/or prevent access to the Website by users who infringe upon the intellectual property rights of others. Pursuant to 17 United States Code 512 (2) (the Digital Millennium Copyright Act of 1998, as amended), you may contact our designated agent for notice of alleged copyright infringement appearing on our site at customer support.

Exhibit F
Page 19

To file a notice of infringement with us, you need to fulfill the requirements specified in Title II of the Digital Millennium Copyright Act of 1998. The text of this statute can be found at the U.S. Copyright Office web site, (http://lcweb.loc.gov/copyright).

## Section 27: Disclaimer

WhatsYourPrice.com is not responsible for any incorrect or inaccurate Content posted on the Website or in connection with the Service, whether caused by users of the Website, Members or by any of the equipment or programming associated with or utilized in the Service. WhatsYourPrice.com is not responsible for the conduct, whether online or offline, of any user of the Website or Member of the Service. WhatsYourPrice.com assumes no responsibility for any error, omission, interruption, deletion, defect, delay in operation or transmission, communications line failure, theft or destruction or unauthorized access to, or alteration of, user or Member communications. WhatsYourPrice.com is not responsible for any problems or technical malfunction of any telephone network or lines, computer online systems, servers or providers, computer equipment, software, failure of email or players on account of technical problems or traffic congestion on the Internet or at any Website or combination thereof, including injury or damage to users and/or Members or to any other person's computer related to or resulting from participating or downloading materials in connection with the Web and/or in connection with the Service. Under no circumstances will WhatsYourPrice.com be responsible for any loss or damage, including personal injury or death, resulting from anyone's use of the Website or the Service, any Content posted on the Website or transmitted to Members, or any interactions between users of the Website, whether online or offline. The Website and the Service are provided "AS-IS" and WhatsYourPrice.com expressly disclaims any warranty of fitness for a particular purpose or non-infringement. WhatsYourPrice.com cannot guarantee and does not promise any specific results from use of the Website and/or the Service.

This Website contains links to sites that are not maintained by WhatsYourPrice.com. While we try to include links only to those sites which are in good taste and safe for our visitors, we are not responsible for the content or accuracy of those sites and cannot guarantee that sites will not change without our knowledge. The inclusion of a link in this Website does not imply our endorsement of the linked site. If you decide to access linked third-party Web sites, you do so at your own risk.

This Website is only a venue - it acts as a venue for individuals to post personal and contact information for the purposes of dating. WhatsYourPrice.com is not required to not screen or censor information posted on the Website, including but not limited to the identity of any user. We are not involved in any actual communication between Members. As a result, we have no control over the quality, safety, or legality of the information or profiles posted, the truth or accuracy of the information. You agree you are solely responsible for your interactions with other WhatsYourPrice.com Members. WhatsYourPrice.com, Inc. reserves the right, but has no obligation, to monitor disputes between you and other Members. This includes, but is not limited to, conversations via regular email, dates, relationships, phone calls, meetings, he said/she said accusations or any other correspondance or interaction that occur outside of the scope of this Website. The website is a tool for providing the initial contact between members, anything beyond that is not in our control and is done so at the their own risk. Members have to use common sense about what information they reveal to others via email or any other means of communication. It is your responsibility to investigate matches/members of this site and that you will verify they are legitimate date seekers. There are many different frauds, schemes, and deceptions on the Internet, and we strongly caution you to be skeptical of any of our members until you learn more about them and verify their background.

Exhibit F
Page 20

You are solely responsible for your interactions with other WhatsYourPrice.com Members. You agree that WhatsYourPrice.com will not be held responsible for any incident following a contact or a date between Members.

THIS SITE IS FOR INFORMATIONAL PURPOSES ONLY. THE MATERIALS AND INFORMATION FOUND ON THIS SITE ARE PROVIDED "AS IS," WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTY FOR INFORMATION, SERVICES, OR PRODUCTS PROVIDED THROUGH OR IN CONNECTION WITH THIS SITE AND ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, EXPECTATIONS OF PRIVACY OR NON-INFRINGEMENT. WhatsYourPrice.com DOES NOT WARRANT THAT THE FUNCTIONS CONTAINED IN THE MATERIALS WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THIS SITE OR THE SERVER THAT MAKES IT AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. WhatsYourPrice.com DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE MATERIALS IN THIS SITE IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, OR OTHERWISE. YOU (AND NOT WhatsYourPrice.com) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR, OR CORRECTION. APPLICABLE LAW MAY NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

This disclaimer of liability applies to any damages or injury caused by any failure of performance, error, omission, interruption, deletion, defect, delay in operation or transmission, computer virus, act of God/act of nature, communication line failure, theft or destruction or unauthorized access to, alteration of, or use of record, whether for breach of contract, tort, negligence, or under any other cause of action.

You specifically acknowledge and agree that WhatsYourPrice.com is not liable for your defamatory, offensive, infringing or illegal materials or conduct or that of third parties, and we reserve the right to remove such materials from this Website without liability.

## Section 28: Limitation on Liability

Except in jurisdictions where such provisions are restricted, in no event will WhatsYourPrice.com be liable to you or any third person for any indirect, consequential, exemplary, incidental, special or punitive damages, including also lost profits arising from your use of the Web site or the Service, even if WhatsYourPrice.com has been advised of the possibility of such damages. Notwithstanding anything to the contrary contained herein, WhatsYourPrice.com's liability to you for any cause whatsoever, and regardless of the form of the action, will at all times be limited to the amount paid, if any, by you to WhatsYourPrice.com for the Service during the term of membership.

## Section 29: Termination

We may terminate this license at any time if, in our sole discretion and judgment, you fail to comply with any term or provision of this Agreement. Upon termination, you shall destroy any materials obtained from this Website and all copies thereof, whether made under the terms of this Agreement or otherwise.

Exhibit F
Page 21

## Section 30: Indemnity

You agree to defend, indemnify, and hold harmless WhatsYourPrice.com and InfoStream Group Inc., its officers, directors, employees, and agents from and against any claims, actions, or demands, including without limitation reasonable legal and accounting fees, arising from your use of the materials or your breach of the terms of this Agreement. WhatsYourPrice.com and InfoStream Group Inc. shall provide notice to you of any such claim, suit, or proceeding and shall assist you, at your expense and in our discretion, in defending any such claim, suit or proceeding.

**whats your price: online dating**

WhatsYourPrice.com is a patent pending online dating site that works. On other dating personals or matchmaking sites, attractive singles are overwhelmed with messages while singles with high standards are often rejected without any responses. On WhatsYourPrice.com, just name a price, and if your offer is right, you'll get a YES and you're off on a first date. We'll get you that first date, but what happens after the first date is entirely up to you...

Whats Your Price™, Everyone Has A Price™, Date Beautiful People™ are trademarks of InfoStream Group Inc.

**Note: WhatsYourPrice.com is strictly an online dating website.**

**Our Company**

- About Us
- Contact Us
- FAQ / Help
- Our Guarantee
- Get Dinner on Us
- Find us on Google+
- Privacy Policy
- Terms of Use
- Become an Affiliate

**Find a Date in**

- United States
- United Kingdom
- Canada
- Australia
- New Zealand
- Ireland
- Germany
- France
- Other Countries

Copyright © 2010-2013 WhatsYourPrice.com - All Rights Reserved - US Patent Pending Online Dating System - Application No. 61407831

Exhibit F
Page 22

# EXHIBIT G

EXHIBIT G



WhatsYourPrice

How It Works    About Us    Our Blog    Press    Login    Join Now

## Login

Forgot Password? | Create an Account

[f Login with Facebook]    or    [Sign-in with Twitter]

**Username or Email**

**Password**

[Login Now →]

**IMPORTANT** : This is a G-rated website. Use of this website constitutes acceptance of our **Terms Of Use Agreement**. Please note that we do not run background checks on our members. Please also note that we prohibit anyone from promoting illegal activities (such as prostitution) or commercial activities of any kind in their profile or in messages sent on the site and if such conduct comes to our attention we reserve the right to remove you from our website and ban you permanently. If you are an ESCORT , or if you are seeking the services of an escort, please DO NOT use this website.

**Not a Member? Join Now**

[Click Here to Join Free]

Guaranteed Dates with Attractive Men and Women

Get Paid Real Money For Dating Real People

100% Risk Free Online Dating

Join The Community!

# EXHIBIT H

EXHIBIT H



**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

InfoStream Group, Inc.

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Aurelian Tech Innovations, LLC, a Delaware Corporation, Julia Biro, an individual, James Homuth, an individual, Jarrod Jicha, an individual, Corporations 1-10, Limited Liability Companies A-Z, and Does 1-10 d/b/a CleverDate.com, inclusive.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

Mark L. Smith - Clyde Snow & Sessions
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071 - (213) 999-1646

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT:** $ +75,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §§ 1114(1); (Fed. Trademark Infringement); 15 U.S.C. § 1125 (Fed. False Designations and Descriptions); Cal. Common Law Trademark Infringement;
15 U.S.C. § 1125 (Trade Dress Infringement); 15 U.S.C. § 1125 (Fed. Dilution of Famous Marks); Cal. Bus. & Prof. Code § 17200(Cal. Unfair Competition); & Breach of Contract

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☒ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/ Accomodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**     Case Number: CV13-8434

CV-71 (09/13)                    CIVIL COVER SHEET                    Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| [ ] Yes  [X] No | [ ] Los Angeles | Western |
| If "no, " go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF? Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT? Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| [ ] Yes  [X] No | [ ] Los Angeles | [ ] Los Angeles | Western |
| If "no, " go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | [ ] Ventura, Santa Barbara, or San Luis Obispo | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | [ ] Riverside or San Bernardino | Eastern |
| | [ ] Other | [ ] Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | [ ] | [ ] | [ ] | [ ] | [ ] | [X] |
| Indicate the location in which a majority of defendants reside: | [ ] | [ ] | [ ] | [ ] | [ ] | [X] |
| Indicate the location in which a majority of claims arose: | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**C.1. Is either of the following true?** If so, check the one that applies:

[ ] 2 or more answers in Column C

[ ] only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true?** If so, check the one that applies:

[ ] 2 or more answers in Column D

[ ] only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Western |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☐ NO  ☒ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):**  _Mark L Smith  15K3_   DATE: _11/14/13_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Christina A. Snyder_____ and the assigned Magistrate Judge is _____Patrick J. Walsh_____ .

The case number on all documents filed with the Court should read as follows:

## 2:13CV8434 CAS PJWx

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

November 14, 2013
_____
Date

By  J.Prado
_____
Deputy Clerk

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

☒ Western Division
312 N. Spring Street, G-8
Los Angeles, CA 90012

☐ Southern Division
411 West Fourth St., Ste 1053
Santa Ana, CA 92701

☐ Eastern Division
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

CV-18 (08/13)          NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES