O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INFOSTREAM GROUP INC., | ) | Case No. CV 13-08434 DDP (AJWx) |
| Plaintiff, | ) | **ORDER GRANTING DEFAULT JUDGMENT** |
| v. | ) | (Dkt. No. 20) |
| AURELIAN TECH INNOVATIONS LLC; JULIA BIRO; JAMES HOMUTH, | ) | |
| Defendants. | ) | |

The Court has reviewed the Notice of Motion and Motion of Plaintiff InfoStream Group, Inc. ("InfoStream") for Default Judgment against Aurelian Tech Innovations, LLC ("Aurelian"). The Court has considered all of the evidence submitted in connection with InfoStream's Motion.

More than 20 days have passed since the service of the Summons and Complaint upon Aurelian, and Aurelian has failed to plead or otherwise defend as provided in the Summons and the Federal Rules of Civil Procedure. Aurelian is not in military service and is not an infant or incompetent person. InfoStream provided written notice to Aurelian of this Application.

The Court therefore orders that default judgment is entered against Defendant Aurelian and in favor of Plaintiff InfoStream and that InfoStream recover from Aurelian damages in the amount of $168,213.00, attorney's fees pursuant to Local Rule 55-3 in the amount of $6,964.26, and costs in the amount of $624.74.

It is further ordered that Aurelian and each of its agents, servants, employees, and attorneys, and those persons in active concert or participation with Aurelian are perpetually permanently enjoined and restrained from:

a. Selling, offering for sale, distributing, advertising, or promoting any goods or services that display any words or symbols that so resembles InfoStream's marks, including but not limited to "Get Paid For Dating," "Bid For First Dates," "Get Paid To Date" and "Date Beautiful People," or the look and feel of WhatsYourPrice.com, as to be likely to cause confusion, mistake or deception, on or in connection with any goods or services that are not authorized by or for InfoStream;

b. Using InfoStream's marks, any other marks or domain names confusingly similar to those marks alone or in combination with any other letters, words, letter strings, phrases or designs, or the look and feel of WhatsYourPrice.com in commerce or in connection with any goods or services;

c. Using any word, term, name, symbol, device or combination thereof that causes or is likely to cause confusion, mistake or deception as to the affiliation or association of Aurelian

2

```
           or its goods with InfoStream or as to the origin of Aurelian's
           goods or services, or any false designation of origin, false
           or misleading description or representation of fact;
           d. Further infringing the rights of InfoStream in and to any
           of its trademarks, trade dress, products and services or
           otherwise damaging InfoStream's goodwill or business
           reputation;
           e. Otherwise competing unfairly with InfoStream in any manner;
           and
           f. Continuing to perform in any manner whatsoever any of the
           other acts complained of in the Complaint.

       The Court shall retain jurisdiction over this action to the
extent necessary to enforce and interpret the relief granted.

IT IS SO ORDERED.


Dated: September 30, 2014                      _____
                                               DEAN D. PREGERSON
                                               United States District Judge
```